Print Form

Irvin Musgrove
1540 S Escondido Blvd, Apt 2310
Escondido, CA 92025
irvinvsoha2020@outlook.com
(760) 672-1325

**FILED**

Sep 01 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ RodrigoContreras      DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUSGROVE | '23 CV 1613 WQHAHG |
| Plaintiff(s), | |
| v. | **COMPLAINT** |
| HON GONZALO P CURIEL | **BIVENS CLAIM** |
| Defendant(s). | |

# THIS SPACE LEFT BLANK INTENTIONALLY

# BIVENS CLAIM

**PARTIES**

Plaintiff IRVIN MUSGROVE ("IM") PRO SE, a Self-Represented individual, hereby alleges the following against Defendant JUDGE GONZALO P. CURIEL ("GPC"):

**PRELIMINARY STATEMENT/BACKGROUND**

**1.** On March 31, 2020, I filed a Civil Suit against the Oceanside Housing Authority ("OHA"), in San Diego District Court, with Judge Gonzalo P. Curiel ("GPC"), presiding. Although I filed & built my case with integrity each & every day, (GPC) discriminated against me, by wrongfully stereotyping me as a black man with ulterior motives & deceitful actions. I'll provide irrefutable proof of his personally involved mission to destroy my case, in total support of & vow to the defendants. I'll also prove that his determination to discriminate & destroy, led him to the extreme measure of committing FRAUD UPON THE COURT, in methodical fashion, for a common goal.

**NATURE OF ACTION**

**2.** This is a Bivens action, brought by the Plaintiff (IM), in defense of his Constitutional Rights which are protected by the 14th Amendment. Right to Due Process & Right to Impartial Judge & Jury.

**3.** The Defendant, while acting as a Judge & Under the Color of Law, abandoned his judicial capacity, where he personally denied the Plaintiff's right to Due Process, with an INTENTIONAL & MALICIOUS attack on the Plaintiff's case, with a well plotted scheme, that was purely committed to support the defendants, while knowing the extent of harm that the Plaintiff would likely suffer, both mentally & emotionally. He was so determined & committed to this plotted scheme, that he only recused himself, months after it began, and months after his goal was fully completed.

**CAUSES OF ACTION**

**4. VIOLATIONS OF THE 14TH & 5TH (which will be listed under the 14th) AMENDMENTS: *DUE PROCESS, EQUAL PROTECTION, DEPRIVATION OF RIGHTS, & LIBEL & SLANDER, ABUSE OF PROCESS***

**5.** No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

**JURISDICTION AND VENUE**

This Court has jurisdiction over this action under 28 U.S.C. § 1331 and under the U.S. Constitutional Amendment 14, Section 1.

    **6.**   Venue is proper in this district under 28 U.S.C. 1391(b), because the events giving rise to the United States' claims occurred in this district, and the Defendant works & principal place of business is within this district.

**NOTE:** All of the related proof of what I've sworn under oath to by completing this complaint, will be accessible on the Docket, which will begin with [ and include **ECF**.

# WITH JURY DEMAND

**NOTE: I'm writing this Complaint as if (GPC) actually believed that I didn't have the defendants served, due to his libel & slander, mainly because those who review this in the future will believe I didn't, whom may not understand. It wasn't fair to me regardless nor the court. Its likelihood of been misunderstood, is a matter that he had no consideration for because his only focus was to protect the image & legal rights of the defendants.**

**FACTUAL ALLEGATIONS**

    **7.**   On March 31, 2020, I filed my Civil Complaint with the San Diego District Court, against the Oceanside Housing Authority ("OHA"). Neither of the 3 who were still employed by (OHA), the 1 who resigned, the Director, nor a Representative from OHA, abided by the Summons. because all 4 + the entity rep., had made a pact, not to abide by either of the 4 Summons, and each of them honored this agreement. They knew that they were guilty of what they read in the complaint, so with no affirmative defense, they opted to throw in the towel and to accept the financial debt, and having to explain how they'd suddenly acquired the substantial amount of debt, to their unsuspecting family member(s). that would also be placed upon their unsuspecting & undeserving families.

    **8.**   On March 4, 2021, (GPC) filed a denial of my Motion for Default Judgement. But also in this denial, was a question of my use of 'Reasonable Diligence' ("RD"). When I looked it up and found out what it actually meant, I knew I had used (RD) for the 1st 3 service occasions, due to the Covid 19 restrictions that were firmly in place, which restricted service options greatly. I took offense to his sudden suspicion of my integrity. Also, I took note, that on the docket entry, (GPC) had mailed a copy of my Motion denial and integrity question, to the Oceanside City Attorney, to which I began to worry & stress, but didn't want to be wrong or accuse falsely. **[ECF #76]**

**9.** He went on & on about me not providing proof that I had the defendants served properly. He failed to take Covid 19 restrictions into consideration, which made (OHA), as well as the majority of businesses in the U.S.A., refuse to allow entry into their place of business. OHA, directed all document drop-offs, to the drop box to the right of the front door, where a door person who'd watch the drop, would retrieve it minutes later, after the potential threat was gone.

**10.** Although the 1st 3 service occasions on the defendants were successful, I wasn't aware of (RD), or its requirements. So, on March 11, 2021, I 'Returned the Summons Executed' after having the defendants served with my 5th AC, that was served with the utmost amount of (RD), for a complete satisfaction of the (RD) requirement. I provided the proof of this fact. **[ECF #'s 77-83]** *But little did I know or realize, that his question in re to my use of (RD), had an attached plan with a different purpose, and was actually the wheel, that he intentionally had set in motion, as part of a ploy.*

**11.** *FOR THE RECORD:* From March 7-12, 2021, I had & attempted to have, 2 of the defendants, that we hadn't served and for what would turn out to be my last time, but we ran into a significant problem. While aware of the (RD) requirement, for the 1st, I came across a 'people search' app, that gave residential addresses without a credit card, deposit or limited trial offer. As a result, I was able to obtain the addresses of the 4 defendants, while hoping they were current, and they were. On this service occasion, Margery Pierce (the Director) and Angie Hanifin (the Supervisor), were served by my server, personally at their residences on 03/07/2021. There was also a dangerous encounter with Susana Sandoval-Soto's (Case Worker), husband. This encounter is explained on **[ECF #'s 82 & 83]** Besides that, the utmost integrity was applied to the use of (RD), during the service of this summons, as well as those prior. But as I stated in the bold print in #11 above, I was clueless and powerless at this point, without realizing it. In other words, little did I know that my efforts, honest, testimony & legitimate documentation, had already been predetermined by the court, as doomed.

**12.** On May 12, 2021, (GPC) filed an Order Dismissing my 5th Amended Complaint ("5th AC"). **This was the point, where his plot began to thicken. [ECF #91]**

**13.** I filed my case on March 31, 2020 and filed to proceed *forma pauperis.* By August of 2020 I'd become tired of waiting for a fee waiver. So, I made a decision to sacrifice for that month and to pay the filing fee out of my Welfare check. I took out the $400 filing fee from the $725 that I received at that time, and on August 03, 2020, I drove from Escondido to San Diego, to pay for

the filing fee. The clerk asked me about the pending fee waiver and I said I'm not sure. I asked her not to file it until she checked on it. I noticed that it posted on the docket that evening. The next day, on August 04, 2020, I noticed that the court had approved the fee waiver. Actually, needing the money and relieved, I drove back to the court on that day, and asked the clerk for the $400 I'd paid the day prior, and was told that once the money was received, that it couldn't be refunded. I told the clerk, thank you and accepted the fact that I'd have to stick by my choice to pay for the filing fee. **[ECF # 14]**

14. Therefore, the fact that I went out of pocket and paid for the filing fee, and the fact that it could not be refunded, means that my payment was the legitimate filing fee payment. What's more, there'd been no issue with me having the defendants served on 4 occasions, because until 03/04/2021, the court had been going by the fact that I had paid for the filing fee, out of pocket. But a few days after the improper contact was made by (GPC) to the Oceanside City Attorney on 03/04/2021**[ECF #76]**, the pressure grew due to my (RD) service on 03/11/2021. When he contacted the City Attorney, his plot was centered around my use of (RD), which I couldn't prove, due to the fact that I wasn't aware of its requirements, or aware of its existence.

15. But on my 4th service occasion on 03/11/2021, the fact that I had the defendants served with confirmed (RD), caught him totally by surprise, and so he needed a different means of accomplishing his goal. I was able to satisfy this requirement and how I was able to accomplish it is detailed in [#12] above. This gave him the need for an alternative way of accomplishing his goal, which would entail fraud & deceit. There was no way for a risk-free answer, with my 4th service in existence. This is why on 05/12/2021, he suddenly expressed a totally different concern, that his plotted **erred** revelation, would lead to a total disregard for me and my efforts, experiences and costs, & slander of my integrity, but after all, it was to support his chosen party. **[ECF # 91]**

   a. (GPC) informed the court that I'd been approved and had proceeded *forma pauperis*. *[ECF #91 Pg 1 at 27]*

      i. He then stated firmly, that the court had erred by requiring Plaintiff to personally have the defendants served, because according to: ***Fed. R. Civ. P. 4(c)(3) ("4c3"):*** ✿ **Cut & Paste below ("C_P"):** [ECF #91 Pg 2 at 18-19 & ECF #133 Pg 3 at 2-6] The reason that the court had allowed me to have the defendants served, was because it went off of my $400 payment, but due to his plot, it was now the only possible way that his plan could

make sense and be successful, which was to bring the defendants in with protection from the summons.

✿ *His actual entry: Fed. R. Civ. P. 4(c)(3) ("The court must [] order [service be made by a United States marshal or deputy marshal or by a person specially appointed by the court] if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916.")* **[ECF #91 Pg 2 at 15-19 & Pg 14 at 7-9 ]  [ECF #133 Pg 3 at 4-7 & Pg 5 at 17-18]**

➢ The Fed. R. Civ. P. 4(c)(3) actually states: By a Marshall or Someone Specially Appointed. AT THE PLAINTIFF'S REQUEST. the court may order that service be made by a United States Marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under *28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916.*

     o ***In other words, only at the plaintiff's request, must the court order the marshals to serve. Judge Curiel ordered me to write the request, but I didn't understand at that time. Therefore, a plaintiff can serve even is he does proceed in forma pauperis, if he doesn't feel it's a hardship. Judge Curiel leaving that out 'AT THE PLAINTIFF'S REQUEST' & his change of 'MAY to MUST', makes his entry intentional fraud & a misrepresentation of the facts.***

***Note:*** *His convenient & apparent leaving out the fact that I'd paid for the $400 filing fee* ***[ECF #14]****, which is only 1 place above the late, yet convenient fee waiver approval on the docket,* ***[ECF # 15]****, was only a part of his Plot, and the worst part was yet to come. These can be proven and determined by a* **preponderance of the evidence. (Accord, Arnold v. Hadgis (1951) _102 Cal. App. 2d 88_, 93 [226 P.2d 641]; Jackson v. Burke (1954) _124 Cal. App. 2d 519_, 526 [269 P.2d 137]; Boness v. Richardson Mineral Springs (1956) _141 Cal. App. 2d 251_, 262 [296 P.2d 581].)**

**16.** On June 2, 2021, (GPC) filed the Order Directing the U.S. Marshal to Effect Service of the 6[th]AC. **[ECF #104]** It was 'Returned Executed' on 06/11/2021. Coincidentally, when the Marshal served the defendants, they were directed by the (OHA), to serve the papers at the City Attorney's office, which is where (GPC), began his communication with the City Attorney on 03/04/2021. Also coincidentally, the defendants answered 21 days later; although, neither answered my service

returned executed on 03/11/2021, where at the very least, the 2 served directly should have answered. Atty Hamilton, was surely informed of their being served and for some reason, was comfortable enough to disregard it, and the only reason would be from the assurance & reassurance that it wouldn't become a factor. She was definitely aware of my filing fee payment.

17.   On July 01, 2021, the defendants answered the complaint, after intentionally refusing to abide by the 4 summons, over the course of 1 year & 4 months. Atty. Hamilton, came in with a Motion to Dismiss for Failure to State a Claim. She obviously had no concern about the limited options available to defendants who answer late, with her clients being 16 months late, nor the fact that the 4th service was done with (RD). She was definitely aware that their entry was supported, because she wouldn't have answered with a haughty filing of the 'Motion to Dismiss…', with the belief they'd only go into Default or had a good chance to. Default Judgement should have been granted on 04/06/2021.

18.   She was totally confident and certain, and had every right to be. Not once did she offer an explanation or pretend as if she was meant to, before they received the 'Miracle' of a clean slate. I was judicially bullied into being inferior to my violators, who now had a stacked deck/judge in support, who neutralized their refusal to answer penalty, although it was well deserved. I'm sure there's no record of Atty Hamilton contacting the courts, and reporting that she had been contacted by a Judge, because of it being unlawful and against her ethical values. Once she accepted his Ex Parte communication, she became a party to it, and there's no way it could have simply ended there, because the strings he'd pull, would require a cooperative effort. Ironically, at least when I was bullied at OHA, it was 4 on 1; but since I filed my case with the courts, their position improved to 6 on 1, 8 on 1 counting (GPC's) replacements. I mentioned the fact of the defendants being late and my service that returned executed on 03/11/2021, being proven of (RD), but no response or mention from the court, only setting a Briefing Schedule.

19.   I'd hit a big point of depression at this point and felt an extreme amount of Betrayal by the Judge, but not the court itself. I finally came to the realization that every decision & every action was against me, but I wasn't certain until I read ECF #133.

20.   On 10/18/2021, the actual moral to their horrific story, announced itself full circle. [ECF #133] This was when he deceitfully used all aspects of the plot, which I could now see that he'd carefully arranged, in order to accomplish one goal. He 1st confirmed the legitimacy of the 7thAC. I never could understand why he totally ignored my final service on the defendants. After

processing his latest move, the answer came to me. There's no way that he could have claimed or brought question that it lacked (RD). Therefore, his only choice, was to not acknowledge its existence, until he could find a way to simply erase its existence altogether. He obviously found a way, but it could only be relevant, if his reason behind it, wasn't brought into question because his explanation was terrible, in fact, he never offered an explanation, except for my fee waiver.

21.   He was lowered to the level of the malicious Libel & Slander that he placed on my integrity. So, from 03/11/2021 – 10/18/2021, he couldn't come up with any other way, but to use what would take many nights & days of 'Malice of Forethought', which was the **FRAUDULENT** claim that I never had them served. As I've stated on page 7 lines 10-14, Atty Hamilton hasn't attempted to utilize this fabrication, in her clients' defense, although she desperately needed it, because it would serve as her ONLY defense. Furthermore, the fact that she knew her clients were actually served, means that she was/is aware that this blatant lie, was used by (GPC), as a part of the **Fraud Upon the Court**, strictly for the treasonous advancement of her case. She also had the same 7 months of processing it, and said nothing. This means they both knew this fraud, that began its implementation on 03/04/2021, was used as a means to deceive the court & myself. Their goal & fraudulent slander of me, which was methodically achieved from 7 months of progressive & conspired acts of fraud, were done to protect her clients & his chosen party, at my expense, as stated below (**C_P**):

22.   *Prior to the Court's Order dismissing Plaintiff's 5AC, which directed the U.S. Marhals to serve Defendants with Plaintiff's 6AC (ECF No. 91 at 14), Defendants were not served any of Plaintiff's earlier complaints. Defendants' participation in this case therefore effectively began only once they were served with Plaintiff's 6AC, on June 11, 2021. ECF Nos. 106-115. [ECF #133 p 5 at 1-5]*

23.   The IFP revelation, which was the question surrounding my use of (RD), the IFP revelation and FRCP misrepresentation, and the misrepresentation's demand for the Marshal's service, which was an added misrepresentation, in my opinion, were the original way to show for the defendants to answer. My 03/11/2021, service occasion that satisfied the (RD) requirement, concerned (GPC), which was why there was no valid reason or proof given, except for the fee waiver misrepresentation, with the claim that I hadn't served the defendants. Yet, such a determination, would be the only way to give validity, to the only way to guarantee their safety, a 'CLEAN SLATE' via 'Absolute Immunity'. After all, he was so determined to fulfill his promises to the

defendants, whom he took the initiative to contact and represent, that he totally disregarded any rights associated with the plaintiff. He also had to be aware of the devastating effects that such inconsiderate, evil and downright malicious actions would have both mentally, emotionally and physically on any human who'd be a victim of it, especially coming from a judge.

**24.** He'd also be aware of how the consequences from his decisions & actions, would devastate the Plaintiff's case and the continued hopes of the Plaintiff, to be the recipient of fairness & equality. (GPC) had 307 days to make a positive transformation back to that of an impartial and conscious Judge, if he ever fit such a description, but failed to do so on either. His chosen actions were set in place as a scheme to inflict, that which would only be beneficial to the defendants, with no consideration in the least, given to the Plaintiff's civil rights, or the consistent time he'd spent working on his case; strictly to provide comfort and advantage to the defendants, who the Plaintiff rightfully sought relief from. (GPC's) actions added to the burden, from his malicious determination to be the savior for the defendants. It's apparent that my service occasion with (RD), surprised him, and so he had to find a counter. In the beginning, it was only about the (RD), but after my 03/11/2021 service, 2 months later, it evolved into the fee waiver & Marshal method in order to claim that I hadn't served, with the courts erred judgement that allowed me to serve in the 1st place, that would misrepresent the court as the source of fault.

**25.** When a Judge steps across the line, it's one thing; but when he is determined to the extent, that he steps across the ocean, then he's capable of doing whatever's necessary to accomplish that goal, including conspiring to do so. The summons entry on 03/07/2021, which has even been removed from the docket, which was the only way that I knew it was time to have the defendants served, because I'd serve that day or the day after it was posted, otherwise how else would I have known to serve it, other than it being on the docket? The defendants received the summons that was filled out and stamped by the clerks, so it was where I downloaded it from, and I've never received the summons by any other means. What could be the reason for its removal, other than an attempt to cover up some wrong?

**26.** *According to CCP 170.6: A judge can be disqualified from presiding over a civil lawsuit or criminal trial if the judge seems to be prejudiced against one of the parties or attorneys. If somebody wants to challenge the judge, they don't have to prove that the judge is biased and don't have to give any factual reasons for their claim. They have to say that they believe the judge is prejudiced and don't think they can have a fair trial.*

*As soon as somebody makes this challenge, the judge must stop presiding over the case and allow it to be assigned to another judge. The challenge must be made in a timely manner, or else it will not be accepted.*

## SEQUENCE OF EVENTS

**27.** What kind of judge would abandon the judicial quality of life, by betraying his court, and stripping away its ability to remain impartial, which violates the comfort & rights of those who rely on it? There's only one scenario that is definitely more likely than not!

- (GPC) made his mind up to deceive the courts, violate my civil rights to a fair & impartial case, and formulated a plan of action just before 03/04/2021. That's why he initiated contact with the Oceanside City Attorney, Barbara Hamilton, on 03/04/2021. **[ECF #133]**
  - He also had to conspire with Atty Hamilton to make his plan a reality over many months, because they answered 4 months after that 1st contact and 19 days after being served by the fraudulently acquired, Marshal service upon them. But to the contrary, they failed to answer after I'd served the retired director and supervisor, with the supervisor, still under their employ, who were both served 'IN HAND' on 03/07/2021. **[ECF #'s 77-80]**
- I had the defendants served from 03/07-12/2021, with (RD). **[ECF #'s 77-83]**
  - This is when Atty Hamilton would have answered if there were no conspiring with (GPC), or she would have had a concern about the Summons consequence. It's also why this service occasion was never mentioned by either, because she was aware of it. *Therefore, he & she agreed that she'd refuse to answer because they wouldn't have been protected. So, they decided to totally disregard the plaintiff's service, which was unexpectedly proven of (RD), but most of all a viable threat to their goal. They revised the plan for the Marshals to serve, which would change everything.*

**NOTE:** *On the ECF #76 filing, when (GPC) 1st contacted Atty Hamilton, the focus was only on (RD), which was part of their original idea. There was no mention of the IFP or the (4c3), so it hadn't been discussed or mentioned as of yet. When my 03/11/2021 service was proven with (RD), they needed a counter, so they went to plan B, the IFP & Fed. R. Civ. P. 4(c)(3) requirement. They knew my final service occasion was legitimate, so the Marshal's service was necessary, in order to invalidate this service occasion later. He never offered a valid reason for claiming I never had the served, except for the improper fee waiver claim. Besides, why did it take 4 service occasions to realize this conveniently discovered error? What's more, how would she have known, that my*

(RD) confirmed service on the defendants, wouldn't be enforced by the court, especially with 2 of her potential clients, served directly? He/They plotted the use of the IFP requirement, just prior to 05/12/2021, because that's when he filed it on the docket **[ECF #91]**. This allowed for them to look past the (RD) service integrity, with a means to negate it, following the defendants planned appearance, that would provide the, **'Fresh Entry' & 'Malicious Erasure' ("FME")** of the 467 days that my case had been active, that would determine my time & efforts as wasted, while rewarding their repeated refusals to abide by the court summons, with the precious & undeserved gift of 'Immunity'.

- o   This was also the 1ˢᵗ misrepresentation of the filing fee source, which became a vital part of the scheme, that was empowered by the IFP + (4c3) revelation.

- Then on 06/02/2021, the Fraudulent Order for the Marshals to serve was accomplished by (GPC), which was the final ingredient, for the secretly planned **(FME's)** arrival, which was scheduled after the defendants answered. *A few months down the road, he did finally recuse himself as the laws and codes suggest. However, they don't suggest that a judge commit a few actions against a party's case, and damage it for a few months, before the recusal, which is exactly what he did. He waited 307 days after contacting the City Atty & 79 days after his final fraudulent act, before recusing himself, which isn't considered to be rule abiding by itself. He also didn't want to recuse himself, when there was a chance that my final service could still be effective, so his recusal had to wait. Why did he recuse himself after doing the fraud? To make it appear like he'd done no wrong, since recusing one's self is a preventive measure, thus hoping no one would look into his actions? He knew he was mandated to recuse himself prior to contacting the City Atty, but he intentionally maintained 10 months, under the cloak of deceit & estranged from fulfilling his judicial capacity. Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989)*

- As a result, 07/01/2021, was the official date that the defendants answered, because they'd agreed to wait for the Marshal service to be made first, to give advantage to their plot, by making sense to the court. The final leg of this fraudulent act, would be the next step, by one of its own, as a Judge while 'Under the Color of Law.

- o   Again, this is why Atty Hamilton felt comfortable enough to answer in attack mode vs that of an Atty with concern, from being aware of the likelihood of there being a challenge from the summons. How did she know that there'd be an issue with the summons, with 2 of her clients served directly? Strangely, this summons entry was removed from the docket, but why? The only way I'd know when to serve the

summons on the defendants, was after the clerks would enter 'SUMMONS ISSUED' on the docket, for me to download & serve.

- Then on 10/18/2021, came the day that they awaited, when all of the plotting and schemes would evolve into the **(FME)** crippler, that made a literal mockery of: the efforts I'd spent building my case, by legally determining that the 566 days I'd worked on it, as days that never occurred, which maliciously, belittled my sacrifice I'd made in August of 2020, the countless hours I'd spent on the case as well as the paper used to print the documents x 5 defendants, the travel time & expense to have the defendants served on the 4 occasions, & my status of equality with the defendants. This was the evil way that they had decided, to ensure that the summons would not be able to serve as a future threat to the defendants.

- With their 1st day of being served, set at 19 days before they answered, they were now abiders of the summons, and no longer guilty of refusing to abide by 4 summons for a period of 20 days shy of a year. Their consequence for wasting the plaintiff's time and not abiding by 4 summons, was the gift of immunity, that was made possible by a malicious act of discrimination against me. [#23] Since 03/04/2021, this case has been about a severe Abuse of Process by Fraudulent Misrepresentation, while denying my right to Due Process or Equal Protection, that was accomplished by the use of Libel & Slander by a Treasonous Judge, who in no way represented the true nature of the court.

**Note: I feel the need to mention his replacements here, because it's meant to set up the next hurdle I cross. Judge Ohta, from the very start, showed & acted with total bias on my case, and ordered me to continue my case with 'Fraud Upon the Court' in place.**

## A CONSEQUENCIAL DOMINO EFFECT via JUDGE CURIEL

**28.** The defendant's actions also set up more of the same from his peers, who would become his complimenting replacements. Their choices and actions have also been done in a partial way even after knowing they're active due to his inability to continue. They've committed many actions that directly relate to and confirm this fact. Judge Jinsook Ohta, began by filing 2-3 Orders/Hearings on the defendants Motions. After 9 months, was the 1st time she responded to all 22 of my motions, by denying each of the 22, in batch format, only after she was forced to respond, because of the 90-day ruling requirement, for Judges. She never read or reviewed any of them. **The latest in re to his replacements' partiality, is as follows:**

**29.** I took a stand of non-compliance with the court, unless the Fraud Upon the Court is addressed and ruled on. I've refused to continue a case where fraud is allowed to exist & damage it further. I refused the ENE conference & any other action, where I'd be expected by the replacement Judges, to simply continue with my case, as if it doesn't exist. The example I offer is: The last ruling by Judge Barbara Major, threatened to sanction me if I failed to comply with the ENE that she'd scheduled for 12/01/2022, and if I failed to provide disclosures by 12/20/2022 and Notice of Compliance by 01/06/2023. She also set a hearing for as late as 11/29/2023, even after I'd stated that I would decline to attend while fraud is allowed to exist as if it's acceptable. I filed a 14-page document on 11/29/2022 stating the fact that I would not change my stance. **[ECF #211]**

**30.** On 12/01/2022, Judge Barbara Major, filed a Minute Entry explaining that the ENE was not held and that I had failed to appear, with an Order to follow. On 12/02/2022, she filed a Scheduling Order for a Mandatory Settlement Conference for 09/01/2023 at 9:30am. Also, a proposed pretrial order due for 11/22/2023 at 8:30am.

**31.** On 12/07/2022, I filed and Ex Parte Motion for the Recusal of Judges Ohta & Major, due to bias and allowing fraud upon the court to continue violating my rights. I also offered a correction for Judge Major stating that I failed to appear, because I had refused to appear. I also stated that my case should be set back to the point prior to the fraud being committed.

**32.** On 12/08/2022, Judge Major filed an Order Regarding my failure to comply with Court orders. She made reference to my ECF #211 filing. She stated in the document, "Plaintiff stated "I WILL NOT attend and… ENE, as if it's okay, and continue with not being heard or taken seriously"." She went on to criticize my gall for defying the court order, which I only did in defense of my right to an Impartial Judge and case without the use of fraud against it. She then stated, "If Plaintiff did not serve his initial disclosures on Defendants as required in the Court's October 26, 2022 order, he must do so by **December 30, 2022** and must file a Notice of Compliance by **January 6, 2023** confirming that he complied with this discovery requirement."

**33.** I await my sanctions, because I refuse to continue under fraud. She criticized my refusal of her orders. I'm not refusing the court itself, only the orders by a judge that I consider to be issuing Orders, 'UNDER THE COLOR OF LAW', as Judge Curiel had, since the time that she took over for him. There are of few instances that she's proven to be partial & in the defendants favor.

**34.** What's worse, according to me only I suppose, she wrote a 5-page response, that has 2-3 pages criticizing me for not complying with her Order; but she made **NO MENTION**

**WHATSOEVER,** about the **FRAUD UPON THE COURT,** which from my understanding of what I've researched, it appears to be far worse for a judge to be partial and especially when he intentionally deceives and misrepresents facts to the court, which steps outside of his judicial role as a judge, to the point of it being a treasonous act.

35. In other words, she/they reviewed 14 pages, with less 20 words about my refusal, and was able to be totally offended by my fight for my civil right to impartial treatment and to effectively present my case, but expressed NO concern for her peer, who committed months of Fraud Upon the Court. Her letting the fraud simply exist and maliciously effect my case in a discriminatory way, makes Judge Ohta & Major, just as guilty as he. FRAUD UPON THE COURT, has no statue of limitations, exactly like Murder, which means it's a serious issue to the Supreme Court, and I'm sure it does to other Judges as well; just not to Judges Ohta & Major.

36. On 12/13/2022, I filed an Amended Motion to Recuse…, both Judge Ohta & Major, but I've received no response, nor did I expect one because they don't respond to my Motions, only criticize them in a document that's filed against me.

**MOVING ALONG**

37. (GPC), utilized the courts power to enforce the laws, by a well plotted manipulation of the facts, to seem authentic, while knowing they were his 'fact deficient' version of the facts, in full support of the defendants. He used the courts process for a purpose other than which it was designed, which defines an 'Abuse of Process'. He stooped to the lowest level possible for a judge, doing so in the 'name of the court', for the sole purpose of perpetrating an injustice. *S.A. v. Maiden (2014) 229 Cal.App.4th 27, 41 [176 Cal.Rptr.3d 567]*

38. His motive came by way of stereotypical fashion, when he wrongfully discriminated against me for the defendants intentional failure to answer 4 summons, that I had served on them, which gave him the determination to use the process at his disposal, knowing that I would be damaged in the process, but he didn't give it a 2nd thought over the course of 307 days. He willingly contacted the City Attorney and they conspired for the sole reason of supporting the clients she had agreed to represent, whom he had referred her to. **[ECF #76]** This plot that they formed, was methodical in its approach, but was only accomplished by committing 'FRAUD UPON THE COURT'. *Coleman v. Gulf Insurance Group (1986) 41 Cal.3d 782, 792 [226 Cal.Rptr. 90, 718 P.2d 77]*

**39.** (GPC) carried this out by doing treasonous actions, that the court would never have authorized, and his objective was to obtain the defendants right to answer, by using his/the courts power to avoid the consequences expressed in the summons, first & foremost, until he could bypass the possibility of the summons having any effect. So, he continued to misrepresent my source of funding the court filing fee, [#16] until they found a way that would make sense to the courts, while giving the defendants a clean slate, knowing that it would take slandering the plaintiff by making it appear that he had committed perjury by swearing on the 'proof of service' documents, that he'd had the defendants served on 4 occasions, that (GPC) declare was never done. [#21]

**40.** Knowing (GPC) would be believed due to a judge's credibility, the Plaintiff felt the paranoia of a fugitive, that would likely be charged with perjury. These feelings were complicated by his feeling inferior & powerlessness, because he was forced to be the victim of his violators once again. They had successfully been able to violate him at their place of business, and now where the Plaintiff only came to for relief, but received the opposite. But pain, betrayal & humiliation along with their haughty attitude, must serve as a motivating factor, especially since stress has been strong. (GPC) used the court process to obtain an unjustifiable collateral advantage for the defendants by sinister means, but pursuant to judicial authority and not action taken without reference to the power of the court. ***Adams v. Superior Court (1992) 2 Cal.App.4th 521, 530 [3 Cal.Rptr.2d 49]***

**DUE PROCESS & EQUAL PROTECTION**

**41.** (GPC) committed 'FRAUD UPON THE COURT' on a few occasions between 03/04/2021, the date that he contacted the Oceanside City Atty, Barbara Hamilton, and 01/05/2022, which was the date that he recused himself. (GPC) had decided to support the defendants, who had refused to answer my complaint or abide by the summons, for 27 days shy of a year & after being served 3 summons by 03/04/2021; they were also served 1 more by 03/11/2021, but refused to answer on that occasion also. When he contacted Barbara Hamilton, he'd already committed himself to be their ally. But being their 'inside man', came with a price, due to their intentional failures to answer & comply with the summons, which has penalties for not answering.

**42.** Obviously, he & she would come to an agreement, which would guarantee that they would be able to answer, with full rights and without facing the 'Default Judgement' that would be enforced by the summons. (GPC) didn't strike the use of legitimate testimony or evidence, nor did he make a controversial ruling at trial. (GPC), willingly & intentionally, manipulated the fact

surrounding my filing fee, to erase the true & legitimate existence of the 4 occasions, when the Plaintiff had the defendants served. He discriminated, belittled, demoralized, defamed the character, humiliated, cause emotion distress, etc., without hesitation or a care in the world about the pain that the plaintiff would surely suffer as a result of his judicial betrayal.

**NOTE: The methodical scheme that he used, was by way of strategic steps, where facts were misrepresented and strategically placed in particular order, in order to deceive the court & destroy the plaintiff's case, for the defendants to triumph. Whatever fabrication or fact that he mentioned or documented, was done so for the purpose of being beneficial to the defendants with the overall goal of immunity from the summons, to ensure that I'd have no way to challenge the fact that they had failed to answer, and what better way than to take me & my service occasions, completely out of the equation.**

- **March 04, 2021** – (GPC) contacted the Oceanside City Attorney with Order denying my Request…, that contained mostly the questioning of my serving w/o the use of 'Reasonable Diligence'("RD"). **[ECF #76]**

- *March 11, 2021 – Had the defendants served from 03/07-12/2021, which was confirmed by me to have (RD), but strategically ignored by the court.*

- **May 12, 2021** – Manipulated the fact that I proceeded my case with IFP in place.
  - ○ **Fed. R. Civ. P. 4(c)(3)** – Fraudulently Misrepresented: purely for the strategic purpose of having the Marshals to serve, because Plaintiff proceeded with IFP. **[ECF #91 p 2 at 15 – 19]**
  - ○ Fraudulently Misrepresented: that I had not established that I properly had the defendants served with (RD). **[ECF #91 p 2 at 9 & 10]**

- **June 02, 2021** – used the IFP & FRCP 4(c)(3) misrepresented fact, to confirm his 'Marshal Order', to have the Marshals serve. **[ECF #104]**

- **October 18, 2021** – Claimed again that plaintiff hadn't established that he had properly served the defendants and that the court erred in ordering plaintiff to serve due to my being granted the IFP, because the FRCP (c)(3) mandated the Marshals to serve. **[ECF #133 p 3 at 1-6]** Which was his/their way of reemphasize its legitimacy, to eliminate the possibility of it ever being questioned in the future; but mostly to set the groundwork of credibility that was needed, in order to pull off the justification, for his plotted slander of my integrity, and me as the sacrifice, that would give the defendants the protection of immunity. I felt a great sense humiliation and paranoia, from thinking I'd be charged with perjury and the defendants would victimize me once more, because I had yet to understand.
  - ○ **Then he entered the following:** *Prior to the Court's Order dismissing Plaintiff's 5AC, which directed the U.S. Marshals to serve Defendants with Plaintiff's 6AC (ECF No. 91 at 14), Defendants were not served any of Plaintiff's earlier*

*complaints. Defendants' participation in this case therefore effectively began only once they were served with Plaintiff's 6AC, on June 11, 2021.* **[ECF #133 p 5 at 1- 5]**

- He still didn't explain the reason why I allegedy failed to have the defendants served, it's not clear. This means that anyone who reviews it in the future, would believe that I deceived the court, which would affect how my integrity is viewed by others, via libel & slander.

- **January 05, 2021** – (GPC) recused himself, only after his damage was done and he knew for sure that the court's threat of 'Default Judgement' was neutralized.

43. (GPC), had absolutely no concern about how his actions would affect me and his malicious acts increased over the months. The Due Process clauses of the United States Constitution require judges to RECUSE themselves from cases in two situations:

1. Where the judge has a financial interest in the case's outcome.
2. Where there is otherwise a strong possibility that the judge's decision **will** be biased.

44. The word **'will'**, in the sentence above, means that the judge's recusal is required prior to even the chance that bias will take place, which would make recusal a preventive measure, and (GPC's) self-recusal would have been effective, only if he had done it: *'**BEFORE**' his intentional committing of unfair & discriminatory actions against the plaintiff, while pretending to act in his judicial capacity. He didn't use a stealthy approach, which would have been fitting for the 'possibility of bias', but for months his day by day, steady flow of Malice of Forethought, caused the willful disrespect & reckless disregard, for the court's integrity, because of his change into the robe of pure evil & defiance. He had a hero complex and I was the villain, whom threatened his damsels in distress. He only gave consideration to the defendants, as he switched my source of filing payment, and used the codes and laws as a means to create change & confusion. His calculated ploy, would inflict turmoil and devastation on the plaintiff, who served as his discriminated target. I was totally caught up by what I didn't have an understanding of nor experience with.*

45. *I've been forced to feel humiliation, anger, stress, a lack of support, inferiority, belittlement, betrayal, depression on top of my depression, a severe rise in my PTSD disorder, feelings of worthlessness, embarrassment, shame, anxiety, powerlessness, a lack of heading, isolation, feeling hopeless, defeated, from being literally bullied, etc.; and then his replacements added to the hopelessness, powerlessness, feeling overwhelmed and offended, by their*

*complimentary actions. Because of his devoted support for the defendants, he: degraded me as a human being, strategically demeaned my integrity, blatantly erased my 4 successful service time(s) & efforts, nullified the satisfaction I'd felt, bashed my feelings of accomplishment, made irrelevant the damages my family had suffered at the defendants hands, and made me feel like an escaped slave being punished for pursuing his deserved relief of freedom aka closure.*

**46.** (GPC) had to conspire with Atty Hamilton on a few occasions after making 1st contact with her, in order to coordinate their answer plot, because how would I find out being Pro Se? This is the reason why the defendants answered: 119 days after their initial contact from (GPC), and 20 days after being served by the Marshals. The fact that he: recused himself 307 days after contacting the City Atty, whom he conspired with to develop an answer scheme, the length of time it took to accomplish their goal, the many months he spent deceiving the court, the level of legal manipulation & the lengths he was willing to go to & actually did go to, in order to defend the defendants, made his acts deplorable, especially for being a judge. Because he totally betrayed my rights and the fact that he went to bed many nights and woke up many days, only to continue his mission, is so sick in itself. I was his chosen victim to suffer from it all, which defies logic & the legal competence of a person, who would stoop to such extreme depths. He can't be known for intentionally inflicting fraud into my case on one hand, and be seen as above continuing contact with Atty Hamilton on the other hand. The fact that he did multiple actions to accomplish 1 main goal, means that he did contact her on multiple occasions over a 10 month period, with her answering, at the perfect time after the marshal's served, which certainly served as the cue.

**CANONS 2(B)(2):**

A judge shall not lend the prestige of judicial office or use the judicial title in any manner, including any oral or written communication, to advance the pecuniary or personal interests of the judge or others.

**CANON 3:**

**48.** A Judge shall Perform the Duties of Judicial Office Impartially, Competently, and Diligently

**CANON 3B(b):**

**49.** A judge may initiate, permit, or consider ex parte communications, where circumstances require, for scheduling, administrative purposes, or emergencies that do not deal with substantive matters provided:

**CANON 3B(b)(i):**

**50.** the judge reasonably believes that no party will gain a procedural or tactical advantage as a result of the ex parte communication, and

**CANON 3B(b)(ii)**

**51.** the judge makes provision promptly to notify all other parties of the substance of the ex parte communication and allows an opportunity to respond. ***The fact that he hid it says it all.***

**CANON ADVISORY COMMITTEE**

**52.** As to those communications that are permitted under this canon, a judge must keep in mind the general obligations to maintain high standards of conduct as set forth in Canon 1, and to avoid any impropriety or the appearance of impropriety as set forth in Canon 2. A judge must also be mindful of Canon 2A, which requires a judge to act at all times in a manner that promotes public confidence in the integrity and impartiality of the courts. ***He totally failed this requirement.***

**53.** Little did I know, but from the moment that (GPC) contacted the City Atty of Oceanside on 03/04/2021, he was entirely committed to their mission, and had no concern for how wrong & misleading his assumptions would turn out to be. Because of me being Pro Se, he knew or assumed, that I would be unlikely to discover his treacherous, purposeful & methodical actions, that were being plotted and utilized to secure the distinct advantage for his chosen party. The appearance of bias, which was his making contact with Atty Hamilton, by itself, violated my right to due process, that set off a consistent pattern of conduct & actions that made my 14th Amendment right to effectively present my case, at the mercy of a judicial officer, that made this right an impossibility, so I was doomed for the start. ***Catchpole v. Brannon (1995) 36 Cal.App.4th 237 [42 Cal.Rptr.2d 440]; Hall v. Harker (1999) 69 Cal.App.4th 836 [82 Cal.Rptr.2d 44].***

**54.** As stated in CANON 3B(b) above, a judge does have the right to initiate Ex Parte communications, but for reasons that are the opposite of what (GPC) dedicated himself to. In this case, (GPC) knew from 1st contact with the City Atty, that the defendants would undoubtably gain procedural & tactical advantage, because his actions would guarantee it. After all, his unethical & illegal replacement of the 1 year & 4 months, in which they refused to abide by 4 summons', with a totally undeserved 'clean slate', gave them immunity from the last summons I'd served, which

was a huge advantage. His every move after 1st contact, was intentionally made to harm me, on their behalf.

**55.** But to the contrary, although (GPC) didn't take it upon himself to reach out to me, beforehand, to explain and give me a chance to respond; in fact, he never mentioned it. **CANON 3B(b)(ii)** Besides, he didn't go from the choirboy with an intent to be considerate by notification on the docket, to he who fell from the grace of his judicial capacity, to carry out the plotted intent 1st person, where he'd commit partial actions of discrimination, that were achieved by months of fraud upon the court, in violation of my right to due process plus. He simply made a plan, completed the methodical steps it would depend on, with a fraudulent representation for each and exhibited patience until his 10-month goal was reached. He obviously violated my right to Equal Protection as well.

**56.** (GPC's) self-recusal, appears to have been done as an added method to the continued deception of the court over those 307 days, which is figured from the day he initially contacted the City Atty, until his self-recusal on 01/05/2022. This conclusion came by way of the fact that he chose to recuse himself 79 days after accomplishing his malicious goal and the fact that he has never admitted that he had frauded the court; therefore, it wasn't due to a 'voice of reason' or feelings of guilt. [#14 at 26-28]. **[ECF #133 p 5 at 1-5]** He certainly hoped that his recusal would be seen merely, as a preventive measure, in hopes that his treacherous actions would go unnoticed.

**57.** The 4 summons that I successfully had served on the defendants, over the course of 1 year & 4 months, (GPC) simply decided to, state on the record literally, as 'never served', after months of 'Malice of Forethought'. In no way was this decision reached spur of the moment or without considerable thought & plotting, with exactly what would make sense to the court; I wasn't a consideration or concern either way, being Pro Se. It was an act of pure discrimination, whether with or without any consideration for the character defamation assurances, that will surely occur. The only thing that he forgot to arrange to back up this false claim and what also serves as proof they were served, is the failure by the defendants to use his lie as a defense and me as the fall guy.

**LIBEL & SLANDER**

**58.** In his being determined to secure the immunity guarantee for his chosen party, (GPC) became willing to do whatever it took to make it reality. This included using me as a tool if absolutely necessary. This is why on 10/18/2021, he played the card that would trump the rest. I

had sworn to the fact that I had the defendants served on 4 occasions from the date I filed, 03/31/2020, through the date that my last service occasion was 'returned executed' on 03/11/2021.

**59.** (GPC), obviously decided that the best way to guarantee that the defendants had continued safety from not abiding by the summons for 1 ½ years, was to place the total blame on me. So, to conclude their plot, and because I was dispensable, he chose desecrate my name, by informing the court that I actually hadn't had the defendants served on either of the 4 occasions, that I had sworn to the court that I had, while under oath, [#18] and as a result, he declared their 1st day to be a few days after he fraudulently arranged the Order, **[ECF #104]** for the Marshals to serve, which was on 06/11/2021. **[ECF #106]**

**60.** My reputation will be damaged because of (GPC's) reckless disregard for me, because of the slanderous words that he chose to state on a legal document. Most likely, victims of other opportunistic people in power, like the defendants that I filed my complaint against, who decide to use my case as a citation for their case, as well as those who simply choose to review it, will have a reason to have a lowly opinion of me, or believe that I was/am an opportunist, who got away with one. They will surely review this totally blatant lie that he stated, without the way of knowing or finding out, that these words weren't true, unless they happen to review this case. They may not understand that he discredited my filing fee and used it to justify the court erred requirement that I serve, and the erasure due to the fabricated court error.

**61.** He knew without a doubt, that his heartless actions would or would possibly inflict pain & devastation on the me, but his placement of me as unworthy and a predator, made him callous towards that fact. Besides, what else could he possibly believe his actions would have caused, joy & jubilation? If he didn't start out intentionally to inflict undue harm and emotional distress upon me, shortly thereafter he warmed up to it, because each day he became more willing to distance himself from the judge he once was, and towards he who had become a stranger to himself.

**62.** He took his self-proclaimed discriminatory war against me, to the point of where he foolishly stated a blatant lie in the document [ECF #133] that will undoubtably bring question to my: honesty, sincerity, having a hidden agenda, being opportunistic, having integrity, etc., for years to come. His NO basis illumination of character slander, will reveal martyred victims, that were never victimized; but they were available to answer the summons, each & every day, but cooperatively chose not to, from what I know as being guilty. Otherwise, how could 4 individual employees, from 4 separate families, coincidentally **ALL FAIL** to answer, with the 4th service

occasion, successfully being served personally on the Director & Supervisor, because Covid was no longer placing businesses & homes under full restrictions? (GPC) was so sure of himself & hellbent on his mission, that he intentionally skipped to part 2, and skipped part 1; THE TRUTH.

**63.** He should have simply asked each defendant, "Did you receive the summons & related documents on 4 occasions? Remember, You're Under Oath!" His 1st and most vital clue was, that the defendants never made it a part of their non-existent defensive argument, and because they have no affirmative defense, it would have been desperately needed as a viable defensive argument. It's ironic that he wrongfully used it as a means to get them immunity, but they failed to provide confirmation. Atty Hamilton is not the type, to fail to use what would bring question to my intent & my credibility. I say this because even if the court erred, the service was done, would that error, actually erase almost 1 ½ years of service? Wouldn't it have been more costly to me, to void all of the lost time & money serving the defendants? It doesn't say that a Plaintiff serving with an IFP is illegal. He maliciously, by claiming the false fee waiver, erased that great amount of time, because I'd already forked out the service money and travel expense for serving, without court support, nor did I request it? Wouldn't it being served without incident, be the only concern? If he actually chose to erase my service, it should have come with a proper amount of compensation. His only focus was to use it as their protection, only because I satisfied his alleged concern of (RD), so he punishes me for it.

## SUMMARIZATION

**64.** (GPC) intentionally targeted and took discriminatory actions against me, in total support for the defendants, that he justified for reasons that were only reality in his head. No rational thought went through his head for the entire 307 days, and I wonder how he was able to effectively conduct his affairs, while being unfair & impartial, because he presided over other cases during this time. Most likely, he didn't go from 0-100 suddenly, his paranoid delusions or hero complex, may have occurred in other cases, which weren't discovered or brought to the court's attention.

**65.** He couldn't even factor in that the defendants that he was committed to, weren't a compliment to his hollow assumptions, only Atty Hamilton. As frivolous as their case is and as much as they need some type of defense, and having had 4 months of preparation time, while having the knowledge of the angle he'd take to accomplish their goal, they failed to compliment or 2nd his motion, by confirming his (RD) suspicions or that they weren't actually served on either

of the 4 occasions. He had every opportunity to take corrective measures to reinstate my rights, but intentionally & maliciously failed to do so.

**66.** The extent that (GPC) went to and the length of time that he remained determined to carry out these discriminatory actions while deceiving the court, proves beyond the shadow of any doubt, that his intent and the fact that he discriminated, to the highest pinnacle, most likely, ever by a presiding judge. The fact that he presided over other cases during this same time, also proves that he knew right from wrong, and did so of his own accord, and possibly only stepping out of his judicial capacity, while on my case. There's a good possibility that he's committed treasonous acts on other cases in the past, because of how naturally he corrupted my case. The Bivens Claim that I filed, allows for the Punitive Damages that are mandatory in this case, so that he nor any other judge, will be likely to commit the same or similar in the future.

**67.** His use of 'Malice of Forethought' is also proven beyond any doubt, for the same reasons. He spent 10 full months destroying my case on behalf of the defendants, and then, as if he had an overflow of honor, recused himself, as if to say, "I'm having partial thoughts and need to ensure that the court remains true to its integrity, so I'm removing any chance that I may become biased." Other aspects that would normally be difficult to affirm, prove themselves due to his planning, carrying out & completing his methodical scheme, and documenting every part of it in the months of documents. His determination to defend the defendants, by the progression of case breaking misrepresentations, were planned strategically, knowing down the road they'd combine to satisfy one cause, their immunity. His being willing to venture as a stranger & abuser of his jurisdiction, with the treason & risks involved, only confirms that he had no conscious towards or consideration for, my constitutional rights or the court, where during this same period of time, he held countless litigants accountable to, "I SWEAR TO TELL THE TRUTH, THE WHOLE TRUTH & NOTHING BUT THE TRUTH, SO HELP ME GOD, while maliciously violating the same!

### VIOLATION OF THE 5th under the 14TH AMENDMENT'S:
### DEPRIVATION OF RIGHTS under 42 U.S.C.A. 1983
### DUE PROCESS, EQUAL PROTECTIONS, LIBEL &
### SLANDER, IMPARTIAL DECISION MAKER

**68.** Plaintiff incorporated by reference each and every allegation in the foregoing paragraphs of this Complaint.

**69.** The Fourteenth Amendment's Due Process Clause guarantees **procedural** due process, meaning that government actors must follow certain procedures before they may deprive a person of a protected life, liberty, or property without the due process of law, nor deny to any person within its jurisdiction the equal protection of the laws.

*Procedural: Relating to the way that things are normally done, especially that of a court of law.*

**70.** The <u>Equal Protection Clause</u> of the 14th Amendment was created in response to the lack of equal protection afforded by law to black Americans. Before this clause was implemented, blacks were prohibited from filing lawsuits, or providing <u>evidence</u>, or serving as witnesses in a legal case. It also demands that individuals in similar situations be treated as equals in the eyes of the law.

**71.** My Constitutional rights were maliciously violated, with no thought to how I'd be affected by it, by judge & attorney. From the moment I was targeted, judge Curiel never looked back. He contacted an unaware City Atty, whom he conspired with from that moment, to protect my violators while dismantling my case. I received no fairness or equality, only slander & humiliation.

**72.** The Plaintiff's severe depression & PTSD disorders constitute a mental disability that the betrayal & deprivation from a judge, whom he's always considered & honored for being fair & impartial, naturally intensified.

**73.** As a direct result of Judge Curiel's isolating & targeting the plaintiff, in support of the violators, after having over a year of being connected to the court, allowed the plaintiff to experience feelings of relief and contentment. He went from 2 years of homelessness caused by the maliciousness of his violators, to in the place where he'd known that the truth was respected and sought diligently under the pureness of God. Judge Curiel's betrayal instilled an instantaneous downpour of hopelessness, emotional distress, mental anguish & tightness in his chest.

**74.** Plaintiff seeks relief including, Compensatory, Injunctive & Punitive.

**75. Amdt14.S1.5.4.5 Impartial Decision Maker:** The Due Process Clause requires that the decision to deprive a person of a protected interest be entrusted to an impartial decision maker, is an essential right in civil proceedings. "The neutrality requirement helps to guarantee that life, liberty, or property will not be taken on the basis of an erroneous or distorted conception of the facts or the law. . . At the same time, it preserves both the appearance and reality of fairness . . . by ensuring that no person will be deprived of his interests in the absence of a proceeding in which

he may present his case with assurance that the arbiter is not predisposed to find against him. **Tumey v. Ohio, 273 U.S. 510 (1927)); *In re* Murchison, 349 U.S. 133 (1955).**

76. **DEPRIVATION OF RIGHTS** United States law allows an individual who believes that his or her constitutional rights have been violated to bring a civil action against the government to recover the damages sustained as a result of that violation. Specifically, **42 USC §1983** "*provides a cause of action for the deprivation of any rights, privileges, or immunities secured by the Constitution and laws by any person acting under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory.*" ***Gomez v Toledo*, 446 US 635, 638 (1980)**

77. The Fourteenth Amendment's Due Process Clause guarantees procedural due process, meaning that government actors must follow certain procedures before they may deprive a person of a protected life, liberty, or property interest.

**SPECIAL REQUEST**: I know that I'm Pro Se, and may not have filed the perfect Complaint. However, I don't want the fact that I'm not educated or proficient in the legal aspect, to become the reason that Judge Curiel's actions be allowed to go unpunished. The fact that an injustice has been committed by the defendant, is true without a shred of doubt. My testimony consists of the highest degree of integrity, with every word that I've included in this Complaint. I've conducted myself with honor and with the utmost respect for the court itself, but I've also been firm when it comes to the fact that the Judges & lawyers associated with this case, haven't held themselves to the same. I've experienced very realistic communication challenges, because of those with preconditioned conceptions. Therefore, at this point, as a Pro Se Plaintiff, who's mentally disabled in everyday life, I'm asking for any consideration towards leniency, that can be given, as a Reasonable Accommodation Request, in consideration of the fact, that my biggest challenge as a Pro Se Plaintiff, has not been by way of the defendants that I originally filed against, but from the particular judicial officers, who've presided over my case. My challenges here, have become much greater than expected, because my civil rights were desecrated & my case betrayed, by a self-appointed stranger to these courts, who masked his mendacious walk, under the prestigious color of its employ. As a result, it's been extremely devastating on me mentally, mainly because of the source of it. He subjected me to undue discrimination, whether it was due to race or being Pro Se, but the fact is, I was bullied into facing and enduring it all the same, and he led the way for his replacements who proved to be a great compliment to his walk. I want to end this at this level, because I'm tired and mentally peaked, but regardless, I won't let this infringement of my rights

nor allow this malicious violator to go unpunished. I place no blame whatsoever, on the court itself, only on the individual(s), who callously violated my rights. Regardless, the stage needs to be set, so that this or any other kind of misjustice, is less likely to burden the next person, led to the courts, in search of relief, after saying the exact 3 words of every court, "HELP ME GOD!"

**DAMAGES SUFFERED & RELIEF SOUGHT**

**78.** As I stated above, I'm already disabled, with Depression & PTSD, since 2012. I know he's not responsible for this fact, but he is responsible for the immense amount that his actions added. Fact is, if he would have remained a competent judge, we wouldn't be here, so he's TOTALLY AT FAULT. His actions forced me to experience a variety of mental beliefs and thoughts that had intense affects on the way I'd feel. I made reference to the majority of them above. [#15 at 44]

**79.** For (GPC) to discriminate against me is one thing, for him to continue his treachery for 307 days is another. But to sustain a 307-day sociopathic attack and increase the intentional damage, with a potentially life altering consequence, with the malicious disregard to make a LIBEL character demeaning statement, which is absent of ANY TRUTH, for public record, to support & defend of his 'true to life' violators, is totally of an inhumane & sinister source.

**80.** I came to the court because I believe in the fairness & equality of the judges who preside, where truth is all that matters. His actions also inspired the actions of his replacements, which he is also partly responsible for, because if he had acted accordingly, they would have acted the same, although as judges, they should have learned by now to follow what's right or Lead. Therefore, my mental & emotional hardships, continued and continue because they've ensured that my case is far from over, because they refuse to address, rule on, or even acknowledge the FRAUD UPON THE COURT, even though they covered my 14-page Motion, in which I refused to simply continue with Fraud being allowed to exist & literally damage my case.

**81.** I refused to attend an ENE conference, and these judges, reviewed the 14-page document, that details the (FUC), with the exception of less than a ½ page re: my refusal in defense of my civil rights. After reviewing it their response was a threat to sanction me for disobeying their order to attend, by stating, "as if it's ok", and set another hearing with the threat of non-compliance, which I also didn't attend in defense of my right to fair & impartial treatment with not Fraud attached.

**82.** They reviewed the 14-pages, which I've repeated 3 times I'm aware, but it's just remarkable that 2 judges could review this document and label me as an enemy of the court, but fail miserably to mention or acknowledge the (FUC), that's considered as treasonous and has no statute of limitation, which confirms how serious of an act it is. But they voted my defense of my rights as the traitor. They essentially are allowing it to continue to have its affects on my case, which prolongs the damage I've been forced to endure. It's the same logic: like knowing that a kidnap victim was recently being held by an officer with issues, but has actively been trying to get closure by having the perpetrator answer for his actions.

**83.** In their scenario, the victim contacted a fellow officer, with info on her assailants identity and details surrounding the months she was held captive. Thus far, they'd only met a couple of times to discuss possibilities, until she was strong enough to relive her awful experience. So, when she contacted the investigator, she was able to confirm the identity of his fellow officer with details about her experience. The investigator, thanked her and complimented her for her courage to report a police officer. When she left the station, he generalized her statement, without the mention of the officer's name. Then he placed the blame on her for joining the midnight bowling league and trusting strangers.

**84.** That's simply a case of an officer covering for & being loyal to another fellow officer, by attempting to minimize the situation and sweep the serious charges under the rug, in hopes that it blows over.

**85.** Which, according to their treatment of my case and considering that my refusal in defense of my civil rights, is so much worse of a violation that (FUC), and to go as far as to be critical on the document, about my being low enough to intentionally defy court orders from the few words she read, but failed to acknowledge the 14-pages that detail the (FUC) committed against the court, which the Supreme Court refers to as Treason.

**86.** This is the definition of continued support for the bias, that led to the (FUC) committed, without a 2nd thought of what the actual meaning behind this failure was. This is why, I claim that I have not been heard or taken seriously by the court, which is actually directed at the particular judicial officers, and it only feeds the depression & PTSD, that I already experience. It's also not being fair & impartial, and these 2 judges know that this is one of my major concerns and complaints, but it still falls on deaf ears and discriminatory hearts. This fact, should also back up my claim that my damages are ongoing, due to the awful & treasonous treatment that my case has

received from (GPC) and continues to receive by his supporters. It didn't have to continue with his replacements, but unfortunately it did, with no end in sight.

**87.** I thought that this should be known since it's directly related to my case. There's more on their complimentary actions against my case above. [#27-35]

**88.** I've been bullied, humiliated, discriminated against, targeted and attacked, belittled, maliciously robbed of almost 2 years of court time by a judge, made victim in front of my violators, betrayed, disregarded, released and attacked more by the replacements due to (GPC's) corruptive lead, etc. My mental & emotional damage and traumas, have been extensive, to the point where I've had to change to a stronger medication and I've been experience chest tightness over the heart area, which is documented. Not sure what it is, but it's only been this way, since my case had intensified in corruption and actions being committed against me for no reason other than discrimination, considering me as inferior and on one hand in support of the defendants, and on the other, their associate/fellow judge.

**89.** This has taken me away from the case I filed a suit for in order to get closure from how the defendants violated me & my family, which I haven't been allowed to pursue, due to the corruption that protects the defendants who failed to answer 4 summons, answered 1 ½ years after I filed, and yet were blessed with an erasure of my efforts & time, given a fresh start, and the benefit of having the judge commit (FUC) in total support of 4 defendants who came to an agreement/pact, to refuse to abide by the 4 summons served on them, by design. I've been deprived of my right to and need of closure by hostile means, where an incompetent judge attacked and the replacements obliged his start.

**JUDGES OF A FEATHER**

**90.** Judge Ohta has presided for 1 year, and wrongfully removed my perfectly fitting main cause of action, in my presence, as she ignored my offer for her to research it, then turned and asked the defense atty's opinion, which is biased & hostile to say the least, and immediately considered it to be gospel and immediately removed it. Judge Major filed her 1st time with a Notice & Order for an ENE on 10/26 2022, and scheduled it for 12/01/20221, what happened is stated above. [# 80-84] For BM's preference to label me as a Plaintiff who's defiant towards the court vs a plaintiff who had his case inflicted with malicious fraud, doesn't go with the Supreme Court's stance or the degree of treachery that the violator commits that's estranges him/her from the court itself, that's in the same class as Treason.

**91.** She disregarded it as if it were someone who had walked into the courtroom and got dirt on the carpet. In a case where a ruling has been made, there's a non-negotiable must to void every decision that the violator made, with no statute of limitations; in my case that was in the development stage, where no vital decisions had been made, and by the same token, it must be returned to the point, just prior to where (GPC's) 1st fraudulent act took place, and it's plain to see the stain which was left.

**92.** I consider their attempt to bully me by a threat to impose sanctions, with all things considered, is concerning. What's more, I know the selective plucking of the valid refusal to comply, in support of the Supreme Court's determination, at 10% of a document, and the selective failure to acknowledge or take seriously, where it's sworn that (FUC) has been committed, in a detailed 90% of the same document; combined with the successful act of simply filing it away, which, if the allegations are legitimate, allows this treason upon the court, to remain a deceitful part of the court and further harm the party for which it was intended by an judicial officer.

**93.** Most of all, the selectiveness confirms a show of support for the Plaintiff's violators and preference for the treason upon the court, which was stated, plainly, in the same 14 pages. Why else would an obvious act of (FUC) be ignored and permitted? Sometimes there's too much focus on the task at hand, to focus in on what truly matters. No good can be behind ignoring (FUC), especially when the fact that it's been done, is directly pointed out at them, yet they feel compelled to continue the same path, thus rolling the dice, because they've only been exposed in a Pro-Se Plaintiff's eyes. But I've pointed out what Judge Ohta did wrongfully against my case with malicious intent, but never went past that point, which she may be depending on, **by mistake.**

**THE DAMAGES EXPLAINED**

**94.** Due to the extent of the madness that I've been bullied by the courts into having to also endure it because no relief is available, I'm seeking Compensatory, Injunctive, Emotional Distress & Mental Anguish, & a Substantial amount in Punitive Damages, because there needs to be a lesson taught and an example set, that will show and prove that these kinds of actions or anything close, stands at ZERO tolerance.

Name: _____

Date: _____09/01/2023_____